UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

THEODORE HOWARD,

    Plaintiff,

v.

L. LACKEY,

    Defendant.

Civil Action No. 7:16-129-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1. The plaintiff's complaint [R. 1] is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the defendant.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated March 5, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY